APPEAL No. 44. MARTIN MALINOU, *Public Administrator v.* LEONARD A. KIERNAN, *Public Administrator.* Motions of petitioner for leave to file petition for reargument and to re-settle judgment denied; motion for stay of execution of judgment denying and dismissing appeal granted pending further order of Court, and transmission of papers to Superior Court stayed.

*Martin Malinou,* appellant, pro se. *Bernard W. Boyer,* for defendant-appellee. *Francis A. Kelleher,* for intervenor.